UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JACOB GOLDSTEIN,

                                    Plaintiff,      **STIPULATION**
                                                                **OF DISMISSAL**
            -against-                                           **WITH PREJUDICE**

ERIC ADAMS, INGRID LEWIS-MARTIN, LAURIE      16 Civ. 3767 (NG)(ST)
CUMBO, and CITY OF NEW YORK,

                                    Defendants.

------------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, as represented below, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, all individual defendants, **ERIC ADAMS, INGRID LEWIS-MARTIN,** and **LAURIE CUMBO,** be, and they hereby are, dismissed from this action, with prejudice, and without costs, fees, or expenses, including attorneys' fees or expenses, to or from any party.

Dated:        New York, New York
                ~~December~~ 12, 2016
                January

                                                      **LAW OFFICES OF TAMARA HARRIS**
                                                      Attorney For Plaintiff
                                                      111 Broadway, Suite 706
                                                      New York, New York 10006
                                                      (212) 334-1050
                                                      totallytammy2003@yahoo.com

                                       By:    _____
                                                           Tamara Harris

- 2 -

Dated:   New York, New York
         December _____, 2016,
         *January 17, 2017*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-187
New York, New York 10007-2601
(212) 356-2628
aschlesi@law.nyc.gov

By:   _____
      Alan M. Schlesinger
      Assistant Corporation Counsel

16 Civ. 3767 (NG)(ST)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACOB GOLDSTEIN,

                                      Plaintiff,

-against-

ERIC ADAMS, INGRID LEWIS-MARTIN, LAURIE CUMBO, and CITY OF NEW YORK,

                                      Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-187
New York, N.Y. 10007-2601


Of Counsel:  Alan M. Schlesinger
Tel:  (212) 356-2628


Matter No. 2016-025495

*Due and timely service is hereby admitted.*

New York, N.Y.  ........................................, 200 . . .

................................................................................

Attorney for.....................................................................