

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ALAN M. SCHLESINGER
Senior Counsel
(212) 356-2628
Fax No.: (212) 788-0940
aschlesi@law.nyc.gov
(E-Mail and Fax No. **Not** For Service Of Papers)

January 17, 2017

**BY ECF**

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  *Miles v. Adams, et al.*,
                15 Civ. 6171 (CBA)(PK)
                Our No. 2015-048064

Dear Judge Amon:

        I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. The parties have settled this case and are filing a stipulation dismissing the case as against all individual defendants. We now file a fully executed stipulation and proposed order dismissing the above-referenced case in its entirety with prejudice. The parties respectfully request that the Court "so order" this stipulation and proposed order.

        Settlement in this case and in *Goldstein v. Adams, et al.*, 16 Civ. 3767 (NG) (ST), was achieved with the assistance of Magistrate Judge Kuo and the parties thank her for her assistance. The parties also wish to thank Magistrate Judge Tiscione for his patience, which helped to make settlement of these cases possible.

        The parties thank the Court for its consideration and assistance in this matter.

        Respectfully submitted,

        /s/ *Alan Maer Schlesinger*

        Alan M. Schlesinger
        Assistant Corporation Counsel

cc:    Honorable Peggy Kuo
       Honorable Steven L. Tiscione
       United States Magistrate Judges

       Tamara Harris
       (By ECF)