FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 06 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JACOB GOLDSTEIN,

                              Plaintiff,

        -against-

ERIC ADAMS, INGRID LEWIS-MARTIN, LAURIE
CUMBO, and CITY OF NEW YORK,

                              Defendants.

------------------------------------------------------------------- x

**STIPULATION**

16 Civ. 3767 (NG)(ST)

        **IT IS HEREBY STIPULATED AND AGREED,** by and among the parties as represented below, that above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice, and without costs, fees, or disbursements to any party. This stipulation may be filed by either party without notice to the other.

Dated:     New York, New York
            ~~December 12~~ Jany __, 2017

                                        **LAW OFFICES OF TAMARA HARRIS**
                                        Attorney For Plaintiff
                                        111 Broadway, Suite 706
                                        New York, New York 10006
                                        (212) 334-1050
                                        totallytammy2003@yahoo.com

                          By:  _____
                                              Tamara Harris

Dated:    New York, New York
~~December _____, 2016~~
January 17, 2017

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
Attorney for Defendants
100 Church Street, Room 2-187
New York, New York 10007-2601
(212) 356-2628
aschlesi@law.nyc.gov

By: _____
    Alan M. Schlesinger
    Assistant Corporation Counsel

**SO ORDERED:**

Feb. 2, 2017
Date

/s/ Nina Gershon
U.S.D.J.